# Exhibit I

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 221297 | 4/21/2016 | 126781 |
| **Job Date** | **Case No.** | |
| 3/31/2016 | | |
| **Case Name** | | |
| Ethicon, Inc. (Joyce Justus v. Ethicon) | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Golkow, Inc.
1650 Market Street
One Liberty Place
Suite 5150
Philadelphia, PA 19103
Phone:877.370.3377   Fax:917.591.5672

Kimberly Wilson White, Esquire
Wilson Law, P.A.
1111 Haynes Street, Suite 103
Raleigh, NC 27604

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Joyce Justus | 53.00 Pages | @ | 3.25 | 172.25 |
| 3 Day Expedited Surcharge | | | | 128.79 |
| Exhibits scanned | 21.00 Pages | @ | 0.08 | 1.68 |
| Color Exhibits Scanned | 2.00 Pages | @ | 0.85 | 1.70 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling | | | 22.00 | 22.00 |
| **TOTAL DUE >>>** | | | | **$326.42** |

Thank you. Your business is appreciated.
For billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Kimberly Wilson White, Esquire
Wilson Law, P.A.
1111 Haynes Street, Suite 103
Raleigh, NC 27604

Job No.      : 126781            BU ID        : MESH - R
Case No.     :
Case Name    : Ethicon, Inc. (Joyce Justus v. Ethicon)
Invoice No.  : 221297            Invoice Date : 4/21/2016
**Total Due** : **$326.42**

Remit To:   Golkow, Inc.
            1650 Market Street
            One Liberty Place
            Suite 5150
            Philadelphia, PA 19103

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

**PLAINTIFF'S EXHIBIT**
**I**