IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Joyce Justus v. Ethicon, Inc., et al.*<br><br>Case No. 2:12-cv-00956 | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT DESIGNATION OF NON-PTO FILINGS

Ethicon, Inc. and Johnson & Johnson (collectively, "Ethicon") and Plaintiff Joyce Justus ("Plaintiff"), by and through their respective counsel, pursuant to this Court's December 21, 2016 Order [ECF No. 173], hereby jointly designate the following non-Pretrial Order filings from MDL No. 2327, 2:12-md-2327, to transmit and remand to the United States District Court for the Western District of North Carolina:

| Date Filed | ECF No. | Docket Entry |
|---|---|---|
| 2/17/2016 | 1879 | MOTION by All Plaintiffs Define Permissible Scope of Wave 1 Defense Medical Exams<br><br>18797-1 Correspondence<br><br>1879-2 Committee Opinion |
| 3/11/2016 | 1922 | REPLY by All Plaintiffs to [1912] EMERGENCY MOTION by Wave 1 Plaintiffs to Reconsider the Scope of Wave 1 Defense Medical Exams<br><br>1922-1 Exhibit 1<br><br>1922-2 Exhibit 2<br><br>1922-3 Exhibit 3 |

1

| | | |
|---|---|---|
| | | 1922-4 Exhibit 4<br><br>1922-5 Exhibit 5 |
| 4/13/2016 | 1965 | MOTION by Ethicon, Inc., Johnson & Johnson to Exceed Page Limitation for Defendants' Memoranda of Law supporting their forthcoming motions to exclude the general expert opinions of Dr. Jerry Blaivas, Dr. Daniel Elliott, Dr. Suzanne Parisian, and Anne Wilson in Wave 1 Cases |
| 4/15/2016 | 1966 | ORDER granting MOTION by Ethicon, Inc., Johnson & Johnson to Exceed Page Limitation for Defendants' memoranda of law supporting their forthcoming motions to exclude the general expert opinions of Dr. Jerry Blaivas, Dr. Daniel Elliott, Dr. Suzanne Parisian, and Anne Wilson in Wave 1 Cases |
| 4/19/2016 | 1975 | MOTION by Ethicon, Inc., Johnson & Johnson to Exceed Page Limitation for Defendants' Memoranda of Law in Support of Motion to Exclude the General Expert Opinions of Dr. Vladimir Iakovlev in Wave 1 Cases |
| 4/20/2016 | 1976 | ORDER granting MOTION by Ethicon, Inc., Johnson & Johnson to Exceed Page Limitation for Defendants' Memoranda of Law in Support of Motion to Exclude the General Expert Opinions of Dr. Vladimir Iakovlev in Wave 1 Cases |
| 4/20/2016 | 1978 | MOTION by Ethicon, Inc., Johnson & Johnson To Limit the Testimony of Prof. Dr. Med. Uwe Klinge in Wave 1 Cases |
| 4/20/2016 | 1982 | MEMORANDUM by Ethicon, Inc., Johnson & Johnson in support MOTION by Ethicon, Inc., Johnson & Johnson To Limit the Testimony of Prof. Dr. Med. Uwe Klinge in Wave 1 Cases |
| 4/20/2016 | 1979 | MOTION by Certain Wave 1 Plaintiffs to Exclude the Opinions and Testimony of Thomas C. Wright, Jr., M.D. |
| 4/20/2016 | 1980 | MEMORANDUM OF LAW by Certain Wave 1 Plaintiffs in support of MOTION by Certain Wave 1 Plaintiffs to Exclude the Opinions and Testimony of Thomas C. Wright, Jr., M.D. |
| 4/20/2016 | 1986 | AMENDED MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions and Testimony of Thomas C. Wright, Jr., M.D. |
| 4/20/2016 | 1988 | AMENDED MEMORANDUM OF LAW by Certain Plaintiffs in Wave 1 cases in support of AMENDED MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions and Testimony of Thomas C. Wright, Jr., M.D. |
| 4/21/2016 | 2039 | MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions and Testimony of Shelby Thames |
| 4/21/2016 | 2042 | MEMORANDUM by Certain Plaintiffs in Wave 1 Cases in support of [2039] MOTION by Certain Plaintiffs in Wave 1 |

| | | |
|---|---|---|
| | | Cases to Exclude the Opinions and Testimony of Shelby Thames |
| 4/21/2016 | 2005 | DAUBERT MOTION by Certain Plaintiffs in Wave 1 Cases to Preclude or, in the Alternative, to Limit the Opinions and Testimony of Elizabeth Kavaler, M.D. |
| 4/21/2016 | 2007 | MEMORANDUM OF LAW by Certain Plaintiffs in Wave 1 Cases in support of DAUBERT MOTION by Certain Plaintiffs in Wave 1 Cases to Preclude or, in the Alternative, to Limit the Opinions and Testimony of Elizabeth Kavaler, M.D. |
| 4/21/2016 | 2082 | MOTION by Ethicon, Inc., Johnson & Johnson to Exclude Certain General Opinions of Daniel Elliott, M.D. in Wave 1 Cases |
| 4/21/2016 | 2085 | MEMORANDUM by Ethicon , Inc., Johnson & Johnson in support of MOTION by Ethicon, Inc., Johnson & Johnson to Exclude Certain General Opinions of Daniel Elliott, M.D. in Wave 1 Cases |
| 4/21/2016 | 2066 | MOTION by Ethicon, Inc., Johnson & Johnson to Exclude the Opinions and Testimony of Dr. Vladirmir Iakovlev |
| 4/21/2016 | 2070 | MEMORANDUM OF LAW by Ethicon, Inc., Johnson & Johnson in support of MOTION by Ethicon, Inc., Johnson & Johnson to Exclude the Opinions and Testimony of Dr. Vladirmir Iakovlev |
| 4/21/2016 | 2016 | DAUBERT MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude Certain Opinions and Testimony of Defense Expert Rebecca M. Ryder, M.D. |
| 4/21/2016 | 2021 | MEMORANDUM OF LAW by Certain Plaintiffs in Wave 1 Cases in support of DAUBERT MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude Certain Opinions and Testimony of Defense Expert Rebecca M. Ryder, M.D. |
| 4/21/2016 | 2060 | DAUBERT MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions of FDA Expert Timothy Ulatowski |
| 4/21/2016 | 2065 | MEMORANDUM by All Plaintiffs in support of [2060] MOTION by All Plaintiffs to Exclude the Opinions of FDA Expert Timothy Ulatowski |
| 5/7/2016 | 2134 | RESPONSE by Ethicon, Inc., Johnson & Johnson in opposition to DAUBERT MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions of FDA Expert Timothy Ulatowski |
| 5/9/2016 | 2187 | RESPONSE by Ethicon, Inc., Johnson & Johnson in opposition to [2039] MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions and Testimony of Shelby Thames |
| 5/9/2016 | 2165 | MEMORANDUM OF LAW by Ethicon, Inc., Johnson & Johnson in opposition to DAUBERT MOTION by Certain Plaintiffs in Wave 1 Cases to Preclude or, in the Alternative, to Limit the Opinions and Testimony of Elizabeth Kavaler, M.D. |

| | | |
|---|---|---|
| 5/9/2016 | 2181 | MEMORANDUM by Certain Plaintiffs in Wave 1 Cases in opposition to MOTION by Ethicon, Inc., Johnson & Johnson to Exclude Certain General Opinions of Daniel Elliott, M.D. in Wave 1 Cases |
| 5/9/2016 | 2146 | MOTION by Certain Plaintiffs in Wave 1 Cases to Exceed Page Limitation for Response to Defendant Ethicon's Motion to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev, M.D. |
| 5/9/2016 | 2152 | ORDER granting MOTION by Certain Plaintiffs in Wave 1 Cases to Exceed Page Limitation for Response to Defendant Ethicon's Motion to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev, M.D. |
| 5/9/2016 | 2185 | RESPONSE by Certain Plaintiffs in Wave 1 Cases in opposition to MOTION by Ethicon, Inc., Johnson & Johnson to Exclude the Opinions and Testimony of Dr. Vladirmir Iakovlev |
| 5/9/2016 | 2188 | RESPONSE by Certain Plaintiffs in Wave 1 Cases in opposition to MOTION by Ethicon, Inc., Johnson & Johnson To Limit the Testimony of Prof. Dr. Med. Uwe Klinge in Wave 1 Cases |
| 5/9/2016 | 2154 | MEMORANDUM by Ethicon, Inc., Johnson & Johnson in opposition to DAUBERT MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude Certain Opinions and Testimony of Defense Expert Rebecca M. Ryder, M.D. |
| 5/9/2016 | 2143 | RESPONSE by Ethicon, Inc., Johnson & Johnson in opposition to AMENDED MOTION by Certain Plaintiffs in Wave 1 Cases to Exclude the Opinions and Testimony of Thomas C. Wright, Jr., M.D. |
| 5/10/2016 | 2191 | AMENDED MEMORANDUM by Certain Plaintiffs in Wave 1 Cases in opposition to Defendants' Motion to Exclude Certain General Opinions of Daniel Elliott, M.D. |
| 5/13/2016 | 2200 | REPLY by Ethicon Women's Health and Urology, Johnson & Johnson to [2188] Response In Opposition (Klinge) |
| 5/16/2016 | 2215 | REPLY by Ethicon Women's Health and Urology, Johnson & Johnson to [2082] MOTION by Ethicon, Inc., Johnson & Johnson to Exclude Certain General Opinions of Daniel Elliott, M.D. |
| 5/16/2016 | 2232 | REPLY by All Plaintiffs to [2134] Response In Opposition (Ulatowski) |
| 5/16/2016 | 2247 | REPLY by All Plaintiffs to [2187] Response In Opposition (Thames) |

| | | |
|---|---|---|
| 5/16/2016 | 2251 | REPLY by Ethicon Women's Health and Urology, Johnson & Johnson to [2185] Response In Opposition (Iakovlev) |
| 8/24/2016 | 2642 | MEMORANDUM OPINION AND ORDER (Daubert Motion re: Prof. Dr. Med. Uwe Klinge) |
| 8/25/2016 | 2653 | MEMORANDUM OPINION AND ORDER (Daubert Motion re: Rebecca M. Ryder, M.D.) |
| 8/25/2016 | 2649 | MEMORANDUM OPINION AND ORDER (Daubert Motion re: Timothy Ulatowski) |
| 8/25/2016 | 2661 | MEMORANDUM OPINION AND ORDER (Daubert Motion re: Thomas C. Wright Jr., M.D.) |
| 8/26/2016 | 2666 | MEMORANDUM OPINION AND ORDER (Daubert Motion re: Daniel Elliott, M.D.) |
| 8/31/2016 | 2704 | MEMORANDUM OPINION AND ORDER (Daubert Motion re: Elizabeth Kavaler, M.D.) |
| 9/1/2016 | 2710 | MEMORANDUM OPINION AND ORDER (Daubert Motion re: Vladimir Iakovlev, M.D.) |
| 9/2/2016 | 2723 | MEMORANDUM OPINION AND ORDER (Daubert Motion re: Shelby Thames, Ph.D.) |
| 10/6/2016 | 2880 | MOTION by Certain Plaintiffs in Wave 1 Cases to Strike Dr. Shelby Thames' Supplemental Reports or, in the Alternative, for Leave to File a Daubert Motion Based on the Flawed Methodology Employed Therein |
| 10/20/2016 | 3018 | RESPONSE by Ethicon, Inc., Johnson & Johnson in opposition to [2880] MOTION by Certain Plaintiffs in Wave 1 Cases to Strike Dr. Shelby Thames' Supplemental Reports or, in the Alternative, for Leave to File a Daubert Motion Based on the Flawed Methodology Employed Therein |

Submitted: January 4, 2017

| | |
|---|---|
| */s/ Susan M. Robinson* | */s/ Kimberly Wilson White* |
| Susan M. Robinson (WVSB # 5169) | Kimberly Wilson White |
| Thomas Combs & Spann, PLLC | NC Bar No. 30044 |
| 300 Summers Street, Suite 1380 | Wilson Law, P.A. |
| P.O. Box 3824 | P.O. Box 10389 |
| Charleston, WV  25338-3824 | Raleigh, NC  27605 |
| (304) 414-1800 | (919) 890-0180 |
| srobinson@tcspllc.com | (919) 882-1758 *facsimile* |
| | Email: kim@wilsonlawpa.com |
| Christy D. Jones | *Counsel for Plaintiff Joyce Justus* |
| Butler Snow LLP | |
| 1020 Highland Colony Parkway | |
| Suite 1400 (39157) | |
| P.O. Box 6010 | |
| Ridgeland, MS  39158-6010 | |
| (601) 985-4523 | |
| Christy.jones@butlersnow.com | |
| *Attorneys for Defendants Ethicon, Inc.* | |
| *and Johnson & Johnson* | |

6

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC.<br>PELVIC REPAIR SYSTEM PRODUCTS<br>LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Joyce Justus v. Ethicon, Inc., et al.*<br>Case No. 2:12-cv-00956 | Master File No. 2:I2-MD-02327<br>MDL No. 2327<br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**CERTIFICATE OF SERVICE**

I certify that on January 4, 2017, I electronically filed the **JOINT DESIGNATION OF NON-PTO FILINGS** with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Susan M. Robinson*
Susan M. Robinson (WVSB # 5169)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV  25338-3824
(304) 414-1800
srobinson@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON